UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KIRK PATRICK SEVERIN**                    **CIVIL ACTION**

**VERSUS**                                  **NO. 15-283**

**SHERIFF MARLIN N. GUSMAN ET AL.**         **SECTION "H"(2)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and plaintiff's objection thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 15th day of January, 2016.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**